IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,

          Petitioner,

   v.

D.L. RUNNELS, Warden, et al.,

          Respondents.

No. CIV S-05-1221-DFL-GGH-P[1]

**ORDER.**

    Petitioners extension of time in which to file the joint schedule statement having been considered and good cause appearing,

    IT IS HEREBY ORDERED that the joint scheduling statement shall be filed on or before September 13, 2005.

Dated: 8/15/05

                                      /s/ Gregory G. Hollows
                                      _____
                                      United States Magistrate Judge

---

[1] Please note the correct case number: the original proposed order identified this case incorrectly as CIV-S-05-860.

ORDER                                                                  PAGE   1