IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,

    Petitioner,                   No. CIV S-05-1221 DFL GGH P

    vs.

D. L. RUNNELS, Warden, et al.,

    Respondents.                ORDER

                                 /

        A joint scheduling statement in this matter was filed on September 9, 2005, pursuant to the court's order filed July 14, 2005.[1]  This is the second time petitioner's counsel has incorrectly identified this case in the case caption with case number CIV S-05-860. See footnote 1 in the Order filed on August 15, 2005.  **Counsel is cautioned not to repeat this error as it can lead to orders being mis-filed.**

        Petitioner seeks a 120-day extension of time to file a follow-up status report after he has had an opportunity to review an extensive record and to conduct interviews of potentially material witnesses related to petitioner's claims.  After reviewing the joint statement, the court makes the following ORDERS:

---

[1] An extension of time for filing the statement was granted by order filed on August 15, 2005.

1

1. Petitioner must file a follow-up joint status report regarding the status of his investigation, of any motion for discovery by either party or for an evidentiary hearing, by January 11, 2006.

2. If petitioner elects to proceed on the original petition with a supplemental memorandum of points and authorities he must file the supplemental memorandum by March 12, 2006.

3. Should petitioner choose to amend the petition and proceed on exhausted claims only, petitioner must file an amended exhausted-claims-only petition on or before March 12, 2006.

4. If petitioner proceeds pursuant to number 2 or 3 above, respondent must file a responsive pleading within 90 days thereafter, and petitioner must file his opposition or his optional reply (traverse), as appropriate, 30 days following the response; respondent's reply, if any, if a dispositive motion was filed, is thereafter due within 30 days of service of an opposition.

5. Should petitioner identify unexhausted claims which he will seek to exhaust, petitioner shall file an amended petition setting forth all claims, exhausted and unexhausted, and shall demonstrate good cause for having failed to exhaust state court remedies as to any claim which he would seek to exhaust. Petitioner shall move the court to hold the proceedings in abeyance pending exhaustion of state court remedies as to the unexhausted claims, by March 12, 2006; if a stay is ultimately granted, petitioner must immediately pursue state court exhaustion, that is, within 30 days of the granting of a stay, and, upon said exhaustion in state court, within 30 days, proceed upon the amended petition in federal court.

6. Since respondent may object to any motion for a stay to pursue unexhausted claims, he must file any opposition to a motion for a stay pending exhaustion of unexhausted claims within 90 days of service of any motion to stay the proceedings by petitioner; thereafter, petitioner has 30 days to file any reply.

\\\\\

7. If petitioner and/or respondent intend(s) to make a motion for leave to conduct discovery under the Rules Governing Section 2254 Cases, Rule 6(a), each must so inform the court in the follow-up joint status report, and both parties must file any such motion within 30 days of the filing of the follow-up joint status report, or by no later than February 10, 2005.  Any opposition to any motion for discovery must be filed within 30 days of the motion, or by March 12, 2006, and any reply to an opposition within 15 days thereafter.

8. If petitioner intends to proceed on a motion for an evidentiary hearing, he must so indicate in the follow-up joint status report and must file any such motion by February 10, 2006; if respondent intends to oppose such a motion that must be indicated in the follow-up status report, and any such opposition must be filed by March 12, 2006; any reply will be due 15 days thereafter.

DATED:   10/3/05

/s/ Gregory G. Hollows

---
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
sess1221.pst