IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS,<br><br>        Petitioner,<br>  v.<br>D.L. RUNNELS, Warden, et al.,<br><br>        Respondents. | No. CIV S-05-1221-DFL-GGH-P<br>**ORDER** |

    Petitioner's first request for enlargement of time which to file amended pleadings having been considered and good cause appearing,

    IT IS HEREBY ORDERED that the time in which file petitioner's amended pleadings shall be filed on or before April 12, 2006.

Dated: 3/13/06

                        /s/ Gregory G. Hollows
                        _____
                        United States Magistrate Judge

sess1221.po