IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIO DINERO SESSOMS,

        Petitioner,

   v.

D.L. RUNNELS, Warden, et al.,

        Respondents.

No. CIV S-05-1221-DFL-GGH-P

**ORDER**

    Petitioner's second request for enlargement of time in which to file amended pleadings having been considered and good cause appearing,

    IT IS HEREBY ORDERED that petitioner's amended pleadings shall be filed on or before May 12, 2006.

Dated: 4/11/06

                              /s/ Gregory G. Hollows

                              _____
                              United States Magistrate Judge

sess1221.po2