UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIO DINERO SESSOMS, | No. 2:05-cv-1221 JAM GGH P |
| Petitioner, | |
| v. | ORDER |
| D.L. RUNNELS, Warden, et al.,, | |
| Respondents. | |

     By order of January 23, 2015, an en banc panel of the Court of Appeals for the Ninth Circuit reversed the district court's denial of the petition for writ of habeas corpus and remanded this case with an order for the district court to proceed in conformance with the most recent opinion of the en banc Court. The Ninth Circuit's order was based on its decision that the California Court of Appeals' conclusion that petitioner's request was not an unequivocal or unambiguous request for an attorney, was an unreasonable application of Supreme Court precedent. 28 U.S.C. § 2254(d)(1). The Ninth Circuit found the <u>Miranda</u> error prejudicial. On October 7, 2015, the mandate issued.

////

////

////

////

1

1 | Accordingly, IT IS ORDERED that: the Judgment previously entered by this court is
2 | vacated; Judgment is entered in favor of petitioner in this habeas corpus action. Respondent shall
3 | initiate retrial proceedings within sixty days of the filed date of this order or release him.
4 | DATED: November 3, 2015

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE